**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>DAVID R. HOLLAND | Case No. 19-24697-JAD<br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant | Hearing Date: TBD<br><br>Hearing Time: TBD<br><br>Objection Date: TBD |
| vs.<br><br>DAVID R. HOLLAND,<br>    Debtor<br><br>Stephanie Seese<br>    Co-Debtor | 11 U.S.C. §362 and §1301 |
| Ronda J Winnecour<br>    Respondent | |

**CERTIFICATE OF SERVICE OF MOTION FOR RELIE FROM AUTOMATIC STAY AND NOTICE OF HEARING**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 19, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail and Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."
**Service by First Class Mail:**

DAVID R. HOLLAND
743 OLD ROUTE 51 RD

SMOCK, PA 15480-2011

Daniel R. White
Zebley Mehalov & White, P.C.
18 Mill Street Square P.O. Box 2123
Uniontown, PA 15401

Stephanie Seese
931 Keister Road
Keisterville, PA 15449

Ronda J Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**Service by NEF:**

Daniel R. White
Zebley Mehalov & White, P.C.
18 Mill Street Square P.O. Box 2123
Uniontown, PA 15401

Stephanie Seese
931 Keister Road
Keisterville, PA 15449

Ronda J Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

This is the   21st   day of      January         , 2021       .

/s/ *Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC

> 302 Fellowship Road, Ste 130
> Mount Laurel, NJ 08054
> Telephone: 844-856-6646 x4560
> Facsimile: 704-369-0760
> E-Mail: pabkr@brockandscott.com