Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **David R. Holland** : | Case No. 19−24697−JAD |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| : | |
| : | |
| : | |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 19th of January, 2021,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

Case 19-24697-JAD  Doc 54  Filed 01/21/21  Entered 01/22/21 00:49:43  Desc Imaged
Certificate of Notice  Page 2 of 3

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                   Case No. 19-24697-JAD

David R. Holland                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                        User: jfur                                        Page 1 of 2

Date Rcvd: Jan 19, 2021                            Form ID: 309                               Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David R. Holland, 743 Old Route 51 Road, Smock, PA 15480-2011 |
| 15167316 | + | AFS/AmeriFinancial Solutions, LLC., P.O. Box 65018, Baltimore, MD 21264-5018 |
| 15167315 | + | Advanced Recovery Systems, P.O. Box 80766, Valley Forge, PA 19484-0766 |
| 15167317 | | Center for Emergency Medicine, P.O. Box 223016, Pittsburgh, PA 15251-2016 |
| 15167318 | | Consumer Portfolio Systems, Inc., Asset Recovery Department, Attn: Bankruptcy, P.O. Box 57071, Irvine, CA 92619-7071 |
| 15175670 | + | EOS CCA, P.O. Box 981002, Boston, MA 02298-1002 |
| 15167321 | | Elizur Corporation, 9800 A McKnight Road, Pittsburgh, PA 15237-6003 |
| 15188772 | + | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15167322 | | Fayette Waste, P.O. Box 698, Morgantown, WV 26507-0698 |
| 15188255 | + | Fayette Waste, LLC, PO Box 1086, Uniontown, PA 15401-1086 |
| 15167323 | | Freedom Mortgage, P.O. Box 50485, Indianapolis, IN 46250-0485 |
| 15167326 | | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza @ Suburban Station, 1617 John F. Kennedy Blvd.--Suite 1400, Philadelphia, PA 19103-1814 |
| 15167328 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15180026 | | Email/Text: bankruptcy@consumerportfolio.com | Jan 20 2021 06:04:00 | Consumer Portfolio Services, P. O. Box 57071, Irvine, CA 92619-7071 |
| 15167319 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 20 2021 06:18:41 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15167320 | | EDI: ESSL.COM | Jan 20 2021 10:33:00 | Dish Network, P.O. Box 7203, Pasadena, CA 91109-7303 |
| 15167324 | | EDI: WFNNB.COM | Jan 20 2021 10:33:00 | Kay Jewelers/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15167325 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2021 06:16:12 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15169567 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2021 06:16:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15167327 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 20 2021 06:04:00 | Receivables Management Partners, Attention: Bankruptcy, P.O. Box 349, Greensburg, IN 47240-0349 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |

District/off: 0315-2 | User: jfur | Page 2 of 2
Date Rcvd: Jan 19, 2021 | Form ID: 309 | Total Noticed: 20

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

**Name** | **Email Address**

Brian Nicholas
 on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com

Daniel R. White
 on behalf of Debtor David R. Holland dwhite@zeblaw.com
 sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

Thomas Song
 on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 5