**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAVID R. HOLLAND

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:19-24697 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/05/2019 and confirmed on 02/04/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 2,983.28 |
| Less Refunds to Debtor | | 1,665.00 | |
| TOTAL AMOUNT OF PLAN FUND | | | 1,318.28 |
| Administrative Fees | | | |
|    Filing Fee | | 0.00 | |
|    Notice Fee | | 0.00 | |
|    Attorney Fee | | 445.56 | |
|    Trustee Fee | | 54.03 | |
|    Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 499.59 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORP | 0.00 | 818.69 | 0.00 | 818.69 |
|     Acct: 8028 | | | | |
|   COMENITY BANK | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2456 | | | | |
|   FREEDOM MORTGAGE CORP | 6,124.64 | 0.00 | 0.00 | 0.00 |
|     Acct: 8028 | | | | |
|   CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6956 | | | | |
| | | | | 818.69 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID R. HOLLAND | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,000.00 | 445.56 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID R. HOLLAND | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 19-24697 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| DAVID R. HOLLAND | 1,665.00 | 1,665.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| FAYETTE WASTE LLC | 250.95 | 0.00 | 0.00 | 0.00 |
| Acct: 1985 | | | | |
| AMERIFINANCIAL SOLUTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1641 | | | | |
| CENTER FOR EMERGENCY MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5159 | | | | |
| LVNV FUNDING LLC | 643.49 | 0.00 | 0.00 | 0.00 |
| Acct: 2574 | | | | |
| DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0370 | | | | |
| ELIZUR CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4238 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ARS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RMP GREENSBURG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEPHANIE SEESE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 2,204.69 | 0.00 | 0.00 | 0.00 |
| Acct: 2765 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **TOTAL PAID TO CREDITORS** | | | | 818.69 |

TOTAL CLAIMED
PRIORITY         0.00
SECURED       7,124.64
UNSECURED    3.099.13

Date: 05/03/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com